ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 006167
PERRY & WESTBROOK,
A Professional Corporation
11500 S. Eastern Avenue, Ste. 140
Henderson, NV 89052
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
Email: awestbrook@perrywestbrook.com
*Attorney for Defendant,*
*JOHN B. MAGILL dba MT. VIEW TRUCKING*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXIZ VALDIVIA | CASE NO.: 2:23-cv-01844-MMD-NJK |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| JOHN B. MAGILL dba MT. VIEW TRUCKING; DOES I through XX, inclusive; and ROE BUSINESS ENTITITES I through XX, inclusive | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their

///

///

///

///

///

respective parties, that the above-entitled action be dismissed with prejudice, each party to bear their own attorney fees and costs.

DATED this 22 day of August 2024.

LADAH LAW FIRM

Ramzy P. Ladah, Esq.
Nevada Bar No. 11405
Brandon P. Smith, Esq.
Nevada Bar No. 10443
517 S. Third Street
Las Vegas, NV 89101
*Attorney for Plaintiff*

DATED this 20th day of August 2024.

PERRY & WESTBROOK

/s/ Alan W. Westbrook

ALAN W. WESTBROOK
Nevada Bar No. 6167
1701 W. Charleston Boulevard, #200
Las Vegas, Nevada 89102
*Attorneys for Defendants
JOHN B. MAGILL dba MT. VIEW
TRUCKING*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: September 25, 2024